**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GLORIA JEAN BENJAMIN                    Chapter 13

                    Debtor         Bankruptcy No. 19-11630-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Debtor:
GLORIA JEAN BENJAMIN

733 EAST PRICE STREET

PHILADELPHIA, PA 19144