United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11630-elf
Gloria Jean Benjamin                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Jul 17, 2019
                            Form ID: pdf900        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
```
db          +Gloria Jean Benjamin,    733 East Price Street,    Philadelphia, PA 19144-1239
cr          +Anthium, LLC,    c/o Weinstein & Riley, P.S.,    11101 West 120th Avenue #280,
              Broomfield, CO 80021-2756
14320148    +Anthium, LLC,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14311444    +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
14289174    +Eos Cca,    Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
14289176    +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
14289178    +Stern & Eisenberg PC,    1581 Main Street Suite 200,    The Shops at Valley Square,
              Warrington, PA 18976-3403
14289179     Water Revenue Bureau,    1415 JKF Blvd.,    15th Floor,    Philadelphia, PA 19105
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:28      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:44       Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14333209    +E-mail/Text: bkteam@selenefinance.com Jul 18 2019 03:37:05      Anthium, LLC,
              c/o Selene Finance,    9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
14289173    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 18 2019 03:38:50       Ccs Collections,
              725 Canton St,    Norwood, MA 02062-2679
14326940    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2019 03:45:56      Directv, LLC,
              by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14304654     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2019 03:31:21      LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14327780    +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2019 03:30:18      PYOD, LLC,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14289175    +E-mail/Text: bankruptcygroup@peco-energy.com Jul 18 2019 03:37:13      Peco,
              2301 Market Street,    Philadelphia, PA 19103-1380
14289177    +E-mail/Text: bkteam@selenefinance.com Jul 18 2019 03:37:05      Selene Finance,    Po Box 422039,
              Houston, TX 77242-4239
                                                                                               TOTAL: 10
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
```
          ERIK B. JENSEN    on behalf of Debtor Gloria Jean Benjamin akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          LISA   CANCANON    on behalf of Creditor    Anthium, LLC LisaC@w-legal.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Anthium, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLORIA JEAN BENJAMIN                                    Chapter 13

                    Debtor                    Bankruptcy No. 19-11630-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: July 16, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Debtor:
GLORIA JEAN BENJAMIN

733 EAST PRICE STREET

PHILADELPHIA, PA 19144